**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| JENNIFER A. NIKOLAISEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:24-cv-88 (LMB/LRV) |
| | ) |
| DEPARTMENT OF THE NAVY, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO DISMISS

Defendant, Department of the Navy, through its undersigned counsel, respectfully submits this motion pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: March 18, 2024

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

*By*: _____/s/_____
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Ave.
Alexandria, VA 22314
Tel:   (703) 299-3741
Fax:   (703) 299-3983
Email: matthew.mezger@usdoj.gov

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2024, I caused a true and correct copy of the foregoing to be placed in the United States mail, first-class postage prepaid, addressed to the *pro se* plaintiff as follows:

Jennifer A. Nikolaisen
4393 Kevin Walker Drive PMB 106
Montclair, Virginia 22025

                                                                 /s/
                                       MATTHEW J. MEZGER
                                       Assistant United States Attorney
                                       Office of the United States Attorney
                                       Justin W. Williams U.S. Attorney's Building
                                       2100 Jamieson Ave.
                                       Alexandria, VA 22314
                                       Tel:   (703) 299-3741
                                       Fax:   (703) 299-3983
                                       Email: matthew.mezger@usdoj.gov

                                       *Counsel for Defendant*