# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Jennifer Nikolaisen, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:24-cv-00088-LMB-LRV |
| Department Of The Navy, | ) ) ) ) |
|     Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on May 7, 2024 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant Department of the Navy and against the Plaintiff Jennifer Nikolaisen.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
K. Galluzzo
Deputy Clerk

Dated: May 7, 2024
Alexandria, Virginia